UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS,

                Petitioner,

– *against* –

INDUSTRIAL URBAN CORP.,

                Respondent.

**ORDER**

19 Civ. 6888 (ER)

---

RAMOS, D.J.:

        Petitioner commenced the instant action against Respondent on July 24, 2019. Doc. 1. Petitioner filed an amended affidavit of service on September 9, 2019, Doc. 6, but Respondent has failed to appear. On May 7, 2020, the Clerk of Court issued a Certificate of Default to Petitioner. Doc. 9. Since then, there has been no activity in this matter. Accordingly, Plaintiff is hereby ORDERED to file a status report by December 4, 2020. Failure to comply with this Order may result in sanctions, including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

        SO ORDERED.

Dated:   November 20, 2020
             New York, New York

                                                     EDGARDO RAMOS, U.S.D.J.