# SPIVAKLIPTON LLP
ATTORNEYS AT LAW

Lydia Sigelakis
lsigelakis@spivaklipton.com
1700 Broadway
New York, NY 10019
T 212.765.2100
C 646.763.2186
F 212.765.8954
spivaklipton.com

**MEMO ENDORSED**

December 11, 2020

**BY ECF**
The Honorable Edgardo Ramos
United States District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York  10007

Re:  New York City District Council of Carpenters v. Industrial Urban Corp.
     Case No. 19-cv-6888 (ER)

Dear Judge Ramos:

This firm represents the Petitioner in the above-referenced matter, the New York City District Council of Carpenters.  On December 4, 2020, pursuant to Your Honor's Order dated November 20, 2020 (Dkt. No. 10), I filed a status report letter regarding the above referenced case. (Dkt. No. 11.)  In that letter I indicated that by December 11, 2020, Petitioner intended to file for a default judgment in compliance with Rule 6 and Attachment A of Your Honor's Individual Practices.

I write now to respectfully request that Petitioner be permitted to have until December 29, 2020 to file for default judgment.

Respectfully submitted,

/s/ Lydia Sigelakis

Lydia Sigelakis

Cc by first class mail:

Industrial Urban Corp.
833 Ewing Avenue
Lyndhurst, NJ  07071

---

Plaintiff's deadline to move for default judgment is December 29, 2020.  If Plaintiff has not done so by then, Plaintiff must show cause by that same date why the Court should not dismiss this case for failure to prosecute.  See Fed. R. Civ. P. 41.  The Clerk of Court is respectfully directed to terminate the motion.  Doc. 12.

So ordered.

_____
Edgardo Ramos, U.S.D.J
Dated: 12/11/2020
New York, New York