UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS,<br><br>               Petitioner,<br><br>-against-<br><br>INDUSTRIAL URBAN CORP.,<br><br>               Respondent. | **DEFAULT JUDGMENT**<br><br>19-cv-6888 (ER) |

This action having been commenced on July 24, 2019 by the filing of the Summons and Petition, and a copy of the Summons and Petition having been served on the Respondent, Industrial Urban Corp., on August 13, 2019, by personal service on Respondent's president, Nicole Frisina, and a proof of service having been filed on September 9, 2019 and the Respondent not having answered the petition, and the time for answering the Petition having expired, it is

ORDERED, ADJUDGED AND DECREED that the Arbitration Award of Roger Maher dated July 31, 2018 be confirmed in its entirety, and that Petitioner, New York City District Council of Carpenters, have judgment against Respondent, Industrial Urban Corp. in the amount of $27,489.60 pursuant to the Arbitration Award.

SO ORDERED:

Dated:   January 20  , 2021
       New York, New York

_____
United States District Judge
Edgardo Ramos